UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80056-Cr-Middlebrooks/Matthewman

21 U.S.C. § 846
21 U.S.C. § 853(a)

UNITED STATES OF AMERICA

v.

KEVIN CHRISTIAN FUSCO,

Defendant.
_____/

FILED BY **TM** D.C.

Apr 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From in or around December 2021, the exact date being unknown to the United States Attorney, and continuing through on or about March 10, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**KEVIN CHRISTIAN FUSCO,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the United States Attorney, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to **KEVIN CHRISTIAN FUSCO,** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is: (a) 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii); (b) 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi);

(c) a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); (d) a mixture or substance containing a detectable amount of 3,4-methylenedioxy-methamphetamine, commonly known as "ecstasy" or "molly," in violation of Title 21, United States Code, Section 841(b)(1)(C); and (e) a mixture or substance containing a detectable amount of ketamine, in violation of Title 21, United States Code, Section 841(b)(1)(E)(i)

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **KEVIN CHRISTIAN FUSCO,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 841, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

All pursuant to the procedures set forth at Title 21, United States Code, Section 853.

_[signature] for_
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_[signature]_
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KEVIN CHRISTIAN FUSCO,

_____/
Defendant.

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect:

4. This case will take **6** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☐ 0 to 5 days
   - II  ☑ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge                               Case No.

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-mj-8078-RMM**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge                               Case No.

9. Defendant(s) in federal custody as of    **March 10, 2022**

10. Defendant(s) in state custody as of

11. Rule 20 from the                District of

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
DANIEL E. FUNK
Assistant United States Attorney
FLA Bar No.    0592501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

PENALTY SHEET

Defendant's Name: **KEVIN CHRISTIAN FUSCO**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to Distribute a Controlled Substance | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 | Up to life imprisonment; Minimum of 10 years' imprisonment; Up to $10,000,000 fine; Supervised release of at least 5 years and up to life; $100 special assessment |

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| KEVIN CHRISTIAN FUSCO, | ) |
| _Defendant._ | ) |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Caroline McCrae
_Printed name of defendant's attorney_

_____
_Judge's signature_

Bruce E. Reinhart, U.S. Magistrate Judge
_Judge's printed name and title_