UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-80056-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN C. FUSCO,

    Defendant.
_____/

**UNOPPOSED MOTION TO TRANSFER CASE**

The defendant, Kevin Fusco, through undersigned counsel, hereby files this Unopposed Motion to Transfer Case pursuant to IOP 2.15.00, and in support thereof states:

1. Mr. Fusco commenced a three year term of supervised release on December 13, 2019 in case number 17-CR-20275-RLR. (17-DE 70).[1] On April 21, 2021, a Petition for Offender under Supervision was issued in that case. (17-DE 62). That Petition was later superseded to include allegations that Mr. Fusco committed the criminal acts that are also alleged in this case. *Compare* (17-DE 70: 2) *and* (22-DE 15).[2]

2. The Superseding Petition is still pending. If Mr. Fusco is convicted as

---

[1] References to docket entries in case number 17-CR-20275-RLR will be noted as 17-DE.

[2] References to docket entries in case number 22-CR-80056-DMM will be noted as 22-DE.

charged in this case, he faces a mandatory minimum sentence of 10 years up to life imprisonment. (22-DE 15). The parties are engaged in plea negotiations that would involve a global resolution of both cases, but they are still finalizing the terms of the agreement.

    3.    Consolidating these matters before one judge will preserve judicial resources. The Internal Operating Procedures of this District provide:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action. (See IOP 2.06.00 Transfer of Higher-Numbered Cases).

S.D. Fla. IOP 2.15.00, available at https://www.flsd.uscourts.gov/sites/flsd/files/17-10-17-Internal-Operating-Procedures.pdf (last visited June 16, 2022). The lower-numbered proceeding is the earlier filed case. S.D. Fla. IOP 2.06.00, available at https://www.flsd.uscourts.gov/sites/flsd/files/17-10-17-Internal-Operating-Procedures.pdf. The supervised release violation encompasses the conduct alleged in this case, and it has been pending for a longer period of time. Thus, transferring this case to the same judge who is already handling the violation of supervised release will promote efficiency.

    4.    The undersigned has conferred with Assistant United States Attorney Daniel Funk who has advised the Government does not oppose this request.

    Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
450 S Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Phone:  (561) 833-6288
Email:  *caroline_mccrae@fd.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae