UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80056-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN CHRISTIAN FUSCO,

    Defendant.
_____/

**DEFENDANT'S NOTICE REGARDING ANTICIPATED
LENGTH OF SENTENCING HEARING**

The defendant, Kevin Christian Fusco, through counsel, hereby files this Notice Regarding the Anticipated Length of his Sentencing Hearing in compliance with the Court's instructions at Docket Entry 33, and in support thereof, states:

Mr. Fusco is scheduled for sentencing on Friday, November 4, 2022 at 11 a.m. (DE 46). In addition to this case, he will also be sentenced at that time on a violation of supervised release in case number 17-CR-20275-Rosenberg. Both parties filed objections to the presentence investigation report, (DEs 37 & 38), and most of those objections must still be ruled on by the Court. (*See* DEs 43-1 & 47). The parties anticipate that Mr. Fusco's sentencing will require between 60 and 90 minutes of time.

Wherefore, the Defendant, Kevin Christian Fusco, respectfully notifies this Court that the sentencing in this matter will likely require more than 30 minutes.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
450 S Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Phone:   (561) 833-6288
Email:   caroline_mccrae@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae