UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-80056-ROSENBERG

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KEVIN CHRISTIAN FUSCO,

     Defendant.

_____/

## NOTICE OF APPEAL

     Notice is hereby given that Kevin Fusco, defendant in the above named case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the Final Judgment and sentence entered in this action on the 18th day of November,

2022.

     Respectfully submitted,

     MICHAEL CARUSO
     FEDERAL PUBLIC DEFENDER

     By: *s/M.Caroline McCrae*
     M. Caroline McCrae
     Assistant Federal Public Defender
     Attorney for Defendant
     Florida Bar No. 72164
     250 S Australian Avenue, Suite 400
     West Palm Beach, Florida 33401
     (561) 833-6288 - Telephone
     *caroline_mccrae@fd.org* - Email

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on December 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae